# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL RAYMOND THOMPSON**                                        **PLAINTIFF**

v.                            **Case No. 2:20-cv-00024 BSM**

**DWAYNE HENDRIX, Warden, FCI**                                    **DEFENDANT**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Patricia S. Harris [Doc. No. 10] has been received. After carefully reviewing the record, the RD is adopted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE